UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
NOV 3 0 2006
CLERK

```
****************************************************************
                                  *
GENERAL CASUALTY COMPANY OF       *      06-4200
WISCONSIN, a foreign corporation, *
                                  *
         Plaintiff,               *
                                  *
    vs.                           *      ORDER
                                  *
CARDIOLOGY ASSOCIATES, PC, a      *
South Dakota Corporation, dba The Heart *
Doctors; ALEX SCHABAUER, M.D.;    *
and CARL WARREN ADAMS, M.D.,      *
                                  *
         Defendant.               *
                                  *
****************************************************************
```

Pending before the Court is a Stipulation for Change of Divisional Venue, Doc. 6, and after consideration of the same,

IT IS ORDERED:

1. That this case will be transferred to the Western Division and all future filings in this matter will be mailed to the Clerk of Courts' office for Western Division, whose address is 515 Ninth Street, Room 302, Rapid City, South Dakota 57701.

Dated this 29th day of November, 2006.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Shelly Margulies_
           DEPUTY