UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN, a foreign corporation, | ) ) ) | Civ. 06-5098 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | STIPULATION FOR DISMISSAL |
| CARDIOLOGY ASSOCIATES, PC, a South Dakota corporation, dba The Heart Doctors; ALEX SCHABAUER, M.D.; and CARL WARREN ADAMS, M.D., | ) ) ) ) ) | |
| Defendants. | ) | |

All parties appearing in this action hereby stipulate and agree as follows:

1. This action may be dismissed on its merits, with prejudice and without costs to any party.

2. The Court may enter Judgment of Dismissal based on this Stipulation without notice to any party.

3. All parties waive notice of entry of judgment.

LYNN, JACKSON, SHULTZ
& LEBRUN

Dated: 2/21, 2007       By _____
Jeffrey David Collins
P.O. Box 8250
Rapid City, SD 57709
**Attorneys for Defendant
Carl Warren Adams, M.D.**

|  |  |
|---|---|
|  | DEMERSSEMAN JENSEN<br>CHRISTIANSON STANTON<br>& HUFFMAN, LLP |
| Dated: Jan 31, 2007 | By /s/ Thomas W. Stanton<br>Thomas W. Stanton<br>P.O. Box 1820<br>Rapid City, SD 57709-1820<br>**Attorneys for Defendants Cardiology, Associates, P.C. and Alex Schabauer, M.D.** |
|  | CADWELL SANFORD DEIBERT<br>& GARRY LLP |
| Dated: February 8, 2007 | By /s/ Steven W. Sanford<br>Steven W. Sanford<br>200 E. 10th Street, Suite 200<br>P.O. Box 1157<br>Sioux Falls, South Dakota 57101<br>**Attorneys for Plaintiff** |