UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN, a foreign corporation | ) ) ) | CIV. 06-5098-KES |
| Plaintiff, | ) ) ) | JUDGMENT |
| vs. | ) ) | OF DISMISSAL |
| CARDIOLOGY ASSOCIATES, P.C., a South Dakota corporation, d/b/a The Heart Doctors; ALEX SCHABAUER, M.D.; and CARL WARREN ADAMS, M.D., | ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to Stipulation for Dismissal filed by the parties, it is hereby

ORDERED, ADJUDGED, AND DECREED that the action is dismissed on its merits, with prejudice, and without costs to any party.

Dated February 26, 2007.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE